## A. B. COWAN TRANSFER COMPANY,
### Appellant,

### v.

## SOUTHWEST TIRE COMPANY, Appellee.

### No. 4342.

Court of Civil Appeals of Texas.

Waco.

March 11, 1965.

Scardino, Hughes & Musachia, Houston, for appellant.

Theodore E. Bailey, Jr., Houston, for appellee.

McDONALD, Chief Justice.

Plaintiff Tire Company brought this suit for debt against defendant Transfer Company for $773.29. The case was tried before the Court without a jury which, after hearing, rendered judgment for plaintiff for $773.29 plus $200. attorneys' fees.

Defendant appeals, contending the Trial Court erred: 1) In allowing plaintiff to reopen its case after it had rested and present additional evidence; 2) In refusing to allow defendant credit for defective tires delivered to defendant; 3) In rendering judgment contrary to the evidence; 4) In refusing to allow defendant time to bring into court the defective tires.

Defendant has brought forward no Statement of Facts.

In the absence of a Statement of Facts, it must be presumed on appeal that sufficient evidence was introduced to support the findings and judgment of the Trial Court. Further, every reasonable

presumption consistent with the record will be indulged in favor of the correctness of the judgment. Lane v. Fair Stores, 150 Tex. 566, 243 S.W.2d 683; Ehrhardt v. Ehrhardt, Tex.Civ.App., Ref. 368 S.W.2d 37.

Defendant has shown no error. Affirmed.